IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:

COOPER, JOHN DUNHAM, JR.
COOPER, CRYSTAL ROSE

Debtors

Case No. 09-13562-NLJ
(Chapter 7)

## Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| | |
|---|---|
| Oklahoma Physicians Group<br>1145 S Utica Suite 1100<br>Tulsa, OK 74182-0001 | $ 1.09 |
| Oklahoma Physicians Group<br>1145 S Utica Suite 1100<br>Tulsa, OK 74182-0001 | $ 1.37 |
| Oklahoma Physicians Group<br>1145 S Utica Suite 1100<br>Tulsa, OK 74182-0001 | $ 0.70 |
| Premier BankCard/Charter<br>P O Box 2208<br>Vacaville CA 95696 | $ 3.87 |
| TOTAL: | $7.03 |

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:  February 14, 2011

/s/Kevin Coffey
Kevin M. Coffey (OBA # 11791)
Chapter 7 Trustee
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405/606-7446